**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02253-CMA-BNB

RALPH WRIGHT,

    Applicant,

v.

WARDEN ARELLANO, A.V.C.F., C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER TO SHOW CAUSE WHY *HABEAS* PETITION SHOULD NOT BE GRANTED AND REFERRAL TO UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court pursuant to the Petitioner's Petition for Writ of *Habeas Corpus* (Doc. # 4) Pursuant to 28 U.S.C. § 2254.

Within **60 days** of the date of this Order, the Respondent shall show cause why the Petition should not be granted. The response shall include copies of all documents relevant to Petitioner's claims. The Petitioner shall have **30 days** from the filing of the Respondent's response within which to file a reply, if any.

Upon completion of the briefing, pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed.R.Civ.P. 72(b), this matter is referred to United States Magistrate Judge Boyd N. Boland to issue a Report and Recommendation as to the disposition of the merits of the Petition.

    DATED:  July  __16__, 2009

                                           BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District Judge