IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-02253-CMA

RALPH WRIGHT,

    Petitioner,

vs.

WARDEN ARELLANO, A.V.C.F., C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED: April 18, 2016.

                      BY THE COURT:

                      _____
                      Christine M. Arguello
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-02253 CMA

El Paso County District Court
20 East Vermijo
Colorado Springs, CO 80903

Ralph Wright
# 43140
Arkansas Valley Correctional Facility (AVCF)
12750 Highway 96 at Lane 13
Ordway, CO 81034

Susan Eileen Friedman - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/18/2016  .

        JEFFREY P. COLWELL, CLERK

        By: s/ D. Berardi
            Deputy Clerk